for writ of certiorari denied as untimely filed.   28 U. S. C. § 2101 (c).

No. 73–976.   JOHNSON v. WILMER ET AL., *ante,* p. 911; and

No. 73–5942.   BRONSON v. BRONSON, *ante,* p. 928. Petitions for rehearing denied.